# United States District Court

WESTERN DISTRICT OF WASHINGTON

VINCENT GAMBOA,

    Petitioner,

           JUDGMENT IN A CIVIL CASE

    v.

UNITED STATES OF AMERICA,

    Respondent,        CASE NUMBER: C09-5657FDB
                                      (CR93-2090FDB)

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This Court does not have jurisdiction to consider this application for relief.

The petition for writ of habeas corpus relief is **DISMISSED** as a successive petition.

October 29, 2009                                                               BRUCE RIFKIN
                                                                                                                  Clerk

                                                                                                           /s/ Pat LeFrois

                                                                                                           Deputy Clerk